EXHIBIT 3

```
CASE  17-C-986              KANAWHA                                    PAGE   1

CATHY WILLIAMS            vs.  WEST VIRGINIA DIVISION OF CORR

LINE  DATE      ACTION
  1  07/07/17  @ CASE INFO; COMPLAINT; ISSUED SUM & 4 CPY; F FEE; RCPT 552578;
  2              $245
  3  08/31/17  # LET FR SS DTD 8/28/17; SUM W/RET (8/28/17 SS) AS TO WEXFORD
  4             HEALTH SOURCES INC
  5  08/31/17  # SUM W/RET (8/25/17 SP) AS TO WV DIV. OF CORRECTIONS
  6  09/12/17  # B-CERT FR SS AS TO WEXFORD HEALTH SOURCES DTD 9/5/17
  7  10/30/17  # CASE INFO SHEET; ANS OF WEXFORD HEALTH SOURCES INC & CRAIG
  8             SMITH W/COS
  9  11/09/17  # COS AS TO P'S INTERROG'S, REQ FOR PROD & REQ FOR ADM'S
 10  11/20/17  # WV DOC'S MOT TO DIS & MEMO OF LAW IN SUPP W/COS
 11  02/20/18  # COS AS TO WEXFORD HEALTH SOURCES & CRAIG SMITH'S PARTIAL
 12             RESP TO P'S REQ FOR PROD; FAX COV LET
 13  03/05/18  # COS AS TO P'S MOT TO COMPEL DISCOV RESP'S
 14  03/07/18  # COS AS TO WEXFORD HEALTH SOURCES INC & CRAIG SMITH'S RESP'S
 15             TO P'S REQ FOR ADM'S
 16  03/09/18  # COS AS TO WEXFORD HEALTH SOURCES & CRAIG SMITH'S RESP'S TO P'S
 17             REQ FOR PROD
 18  03/14/18  # COS AS TO WEXFORD HEALTH SOURCES & CRAIG SMITH'S SUPP RESP'S
 19             TO P'S REQ FOR PROD
 20  02/07/19  " SO MAILED TO MINCER, LILLY & STROEBEL (S2/5)
 21  02/05/19  LK O: SCHED O (TD 9/9/19 @ 9:00 AM;CONF 9/4/19) S/KAU
 22  02/19/19  # LET FR JUDGE KAUFMAN TO CNSL DTD 2/15/19 W/ATTACH FAX
 23            #-TRANSMITTALS
 24  03/06/19  # MOT FOR LEAVE TO AMD C & TO SUBST PARTIES IN PLACE OF
 25             JOHN DOE W/EXH'S & COS
 26  03/06/19  # RESP TO D'S MOT TO DIS COMPLAINT W/EXH'S & COS
 27  03/06/19  $ NOT OF DEPO W/COS
 28  03/14/19  # W/COS; FAX COV LET
 29            # WV DIV. OF CORRECTION'S REPLY TO P'S RESP TO D'S MOT TO DIS
 30  03/14/19  # DIS W/COS
 31            # WV DIVISION OF CORRECTIONS' REPLY TO P'S RESP TO D'S MOT TO
 32  03/14/19  # WV DOC'S RESP IN OPPOS TO P'S MOT FOR LEAVE TO AMD C W/COS
 33  03/18/19  $ P'S RESP TO D'S REPLY ON MOT TO DIS W/COS
 34  03/22/19  ▪ O MAILED TO PETTY, LILLY, MINCER & STROEBEL (S3/19)
 35  03/25/19  # COS AS TO P'S 2ND REQ FOR ADM'S TO D
 36  03/20/19  @ O: DENY D'S MOT TO DISMISS & GRANT P'S MOT TO AMD C
 37             S/3/19/KAU
 38  04/03/19  # WV DIV. OF CORRECTIONS FACT WIT DISCL W/COS
 39  04/03/19  # P'S FACT WIT DISCL W/COS
 40  04/04/19  @ ANS OF WV DIV OF CORR TO P'S C W/COS
 41  04/08/19  # WEXFORD HEALTH SOURCES & CRAIG SMITH'S INITIAL FACT WIT
 42             DISCL W/COS
 43  04/22/19  # COS AS TO WEXFORD HEALTH SOURCES INC & CRAIG SMITH'S RESP'S
 44             TO P'S 2ND INTERROG'S, REQ FOR PROD & REQ FOR ADM TO D'S
 45  04/23/19  # COS AS TO WV DIV. OF CORRECTIONS RESP'S TO P'S INTERROG'S,
 46             REQ FOR PROD & REQ FOR ADM
 47  04/23/19  # COS AS TO WV DIV. OF CORRECTIONS RESP'S TO P'S 2ND
 48             INTERROG'S, REQ FOR PROD & REQ FOR ADM
 49  05/10/19  # CASE INFO SHEET; AMD C W/EXH'S; ISSUED SUM & 5 CPYS; FEE
 50             RCPT 571172; $45.00
 51  06/03/19  # WV DOC'S EXPERT WIT DISCL W/COS
 52  06/10/19  @ NOT OF DEPOS W/COS
 53  06/10/19  @ AMD NOT OF DEPO DT W/COS
 54  06/17/19  # SUM W/RET ON AMD C (6/5/19 PM) AS TO PAULA TOMLIN
```

CASE 17-C-986 KANAWHA PAGE 2

CATHY WILLIAMS vs. WEST VIRGINIA DIVISION OF CORR

| LINE | DATE | ACTION |
| --- | --- | --- |
| 55 | 06/17/19 | # SUM W/RET ON AMD C (6/5/19 PER) AS TO HEIDI BEEGLE |
| 56 | 06/17/19 | # SUM W/RET ON AMD C (6/5/19 PER) AS TO LORI NOHE |