IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

CATHY WILLIAMS,

    PLAINTIFF,

v.                                                            Civil Action No. 17-C-986
                                                            Honorable Tod J. Kaufman

**WEST VIRGINIA DIVISION OF
CORRECTIONS, WEXFORD HEALTH
SOURCES, INC., CRAIG SMITH,
WARDEN LORI NOHE,
ADMINISTRATIVE ASSISTANT PAULA
TOMLIN, HEIDI BEEGLE, AND
JOHN/JANE DOE,**

    DEFENDANTS.

## NOTICE OF FILING NOTICE OF REMOVAL

To:    *See Certificate of Service*

PLEASE TAKE NOTICE that on the 3rd day of July, 2019, West Virginia Division of Corrections and Warden Lori Nohe, defendants/removing parties in the above-captioned action, filed a NOTICE OF REMOVAL with the United States District Court for the Southern District of West Virginia, a copy of which is attached in order to effect removal pursuant to 28 U.S.C. §1446.

                                                        **WEST VIRGINIA DIVISION OF
CORRECTIONS AND WARDEN LORI
NOHE,**

                                                        By Counsel,

_____
David J. Mincer (WV Bar #7486)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
(304) 345-4222

1

EXHIBIT 4

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

CATHY WILLIAMS,

    PLAINTIFF,

v.                                                       Civil Action No. 17-C-986
                                                       Honorable Tod J. Kaufman

WEST VIRGINIA DIVISION OF
CORRECTIONS, WEXFORD HEALTH
SOURCES, INC., CRAIG SMITH,
WARDEN LORI NOHE,
ADMINISTRATIVE ASSISTANT PAULA
TOMLIN, HEIDI BEEGLE, AND
JOHN/JANE DOE,

    DEFENDANTS.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **"NOTICE OF FILING NOTICE OF REMOVAL"** was served upon the following parties by U.S. Mail on this day, Wednesday, July 3, 2019:

Jeffery Warren Lilly
Rose Padden Petty Taylor & Lilly, L.C.
PO Box 1307
Fairmont, WV 26555-1307
Email Address: jlilly@rpptl.com
Attorney For: Wexford Health Sources, Inc.

Paul Stroebel
Stroebel & Johnson PLLC
PO Box 2582
Charleston, WV 25329
Email Address: paulstroeb@aol.com
Attorney For: Cathy Williams

David J. Mincer (WV Bar #7486)
**BAILEY & WYANT, PLLC**